NUMBERS 13-05-292-CR and 13-05-293-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________________________________

GARY PATRICK PEREZ,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
______________________________________________________________

On appeal from the 36th District Court of San Patricio County, Texas.
______________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam


         Appellant, GARY PATRICK PEREZ, attempts to appeal his convictions for
possession of cocaine. The trial court has certified that this “is a plea-bargain case,
and the defendant has NO right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On May 6, 2005, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On May 10, 2005, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 26th day of May, 2005.